John V. Picone III (State Bar No. 187226)
Jeffrey M. Ratinoff (State Bar No. 197241)
C. Gideon Korrell (State Bar No. 284890)
HOPKINS & CARLEY
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES GENERAL IP
(SINGAPORE), PTE. LTD and LAURENCE
MCCOLLOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD, a Singapore corporation,; LAURENCE R. MCCOLLOCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NANOPRECISION PRODUCTS, INC.,  a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-cv-03737 JCS<br><br>**DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS** |
| NANOPRECISION PRODUCTS, INC.; MICHAEL K. BARNOSKI; ROBERT R. VALLANCE; SHUHE LI; and KING-FU HII,<br><br>Counterclaimants,<br><br>v.<br><br>AVAGO TECHNOLOGIES LIMITED, USA; AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD.; and LAURENCE R. MCCOLLOCH,<br><br>Counterdefendants. | Hearing Date:    February 3, 2017<br>Time:              9:30 a.m.<br>Dept:              Courtroom G - 15th Floor<br>Judge:            Hon. Joseph C. Spero<br>Case Filed:      July 7, 2016<br>Trial Date:      None |

870\1411596.1

KORRELL DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS
COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-CV-03737 JCS

I, C. Gideon Korrell, declare as follows:

1.      I am an attorney at law and duly licensed to practice before all courts of the State of California and admitted to the United States District Court for the Northern District of California, am an attorney with the law firm of Hopkins & Carley, A Law Corporation, and am counsel for Plaintiffs and Counter-Defendants Avago Technologies U.S., Inc., Avago Technologies General IP (Singapore), PTE, Ltd., and Laurence McColloch (collectively "Avago"), in the above-captioned matter.

2.      I make this declaration in support of Avago's Reply in Support of Motion to Dismiss Plaintiff and Counterclaimants' First through Sixth Counterclaims.

3.      Except for those matters based upon information and belief, the facts set forth herein are true based upon my own personal knowledge, and as to those matters stated on the basis of information and belief I believe them to be true.  If called upon to testify as a witness in this matter, I could and would testify competently to the facts contained herein.

4.      A true and correct copy of U.S. Patent Application Publication No. US 2015/0355420 A1, entitled "Coupling Device Having a Stamped Structured Surface for Routing Optical Data Signals," Application No. 14/695,008, filed on April 23, 2015 and published on December 15, 2015 is attached hereto as **Exhibit 1**.

5.      A true and correct copy of U.S. Patent Application Publication No. US 2014/0112668 A1, entitled "Stamped Metal Optic for Use in an Optical Communications Module," Application No. 13/658,379, filed on October 23, 2012 and published on April 24, 2014, a true and correct copy of which is attached hereto as **Exhibit 2**.

6.      A true and correct copy of a Notice of Allowance, for U.S. Patent Application No. 13/329,380, mailed on December 17, 2014, is attached hereto as **Exhibit 3**.

7.      A true and correct copy of excerpts from the Petition to Institute Derivation Proceeding Pursuant to 35 U.S.C. § 135 filed by Counterclaimants before the United States Patent Trial and Appeal Board on or about April 24, 2015, is attached hereto as **Exhibit 4**.

KORRELL DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-CV-03737 JCS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 9th day of December 2016 in San Jose, California.

/s/ C. Gideon Korrell
C. Gideon Korrell

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

870\1411596.1                                    - 3 -
KORRELL DECLARATION IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS
COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-CV-03737 JCS