John V. Picone III (State Bar No. 187226)
Jeffrey M. Ratinoff (State Bar No. 197241)
C. Gideon Korrell (State Bar No. 284890)
HOPKINS & CARLEY
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES GENERAL IP
(SINGAPORE), PTE. LTD and LAURENCE
MCCOLLOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD, a Singapore corporation,; LAURENCE R. MCCOLLOCH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>NANOPRECISION PRODUCTS, INC.,  a Delaware corporation,<br><br>Defendants. | CASE NO. 3:16-cv-03737 JCS<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS** |
| NANOPRECISION PRODUCTS, INC.; MICHAEL K. BARNOSKI; ROBERT R. VALLANCE; SHUHE LI; and KING-FU HII,<br><br>Counterclaimants,<br><br>v.<br><br>AVAGO TECHNOLOGIES LIMITED, USA; AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD.; and LAURENCE R. MCCOLLOCH,<br><br>Counterdefendants. | Hearing Date:     February 3, 2017<br>Time:              9:30 a.m.<br>Dept:              Courtroom G - 15th Floor<br>Judge:             Hon. Joseph C. Spero<br>Case Filed:        July 7, 2016<br>Trial Date:        None |

870\1411594.1

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-CV-03737 JCS

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

Plaintiffs and Counter-Defendants Avago Technologies U.S., Inc., Avago Technologies General IP (Singapore), PTE, Ltd., and Laurence McColloch (collectively "Avago") hereby submit this Request for Judicial Notice along with its Reply in Support of Their Motion to Dismiss Counterclaimants' First through Sixth Counterclaims.

"Judicial notice of matters of public record, including administrative records and procedures, are appropriate pursuant to Rule 201, Federal Rule of Evidence." *Coinstar, Inc. v. Coinbank Automated Sys., Inc.*, 998 F. Supp. 1109, 1114 (N.D. Cal. 1998).  It is generally accepted that records from the United States Patent and Trademark Office ("USPTO") may be judicially noticed. *Anderson v. Kimberly-Clark Corp.*, 570 Fed. App'x 927, 932 n.3 (9th Cir. 2014) (citing *Hoganas AB v. Dresser Indus., Inc.*, 9 F.3d 948, 954 n. 27 (Fed.Cir.1993)). Accordingly, because the following documents are publicly available, and are true and correct copies of documents that were filed in related proceedings before the USPTO, Avago respectfully requests that the Court take judicial notice of these documents and their contents:

1.      U.S. Patent Application Publication No. US 2015/0355420 A1, entitled "Coupling Device Having a Stamped Structured Surface for Routing Optical Data Signals," Application No. 14/695,008, filed on April 23, 2015 and published on December 15, 2015, a true and correct copy of which is attached as **Exhibit 1** to the Declaration of C. Gideon Korrell in Support of Reply in Support of Motion to Dismiss Counterclaimants' First Through Sixth Counterclaims ("the Korrell Declaration");

2.      U.S. Patent Application Publication No. US 2014/0112668 A1, entitled "Stamped Metal Optic for Use in an Optical Communications Module," Application No. 13/658,379, filed on October 23, 2012 and published on April 24, 2014, a true and correct copy of which is attached as **Exhibit 2** to the Korrell Declaration**;**

3.      Notice of Allowance, for U.S. Patent Application No. 13/329,380, mailed on December 17, 2014, a true and correct copy of which is attached as **Exhibit 3** to the Korrell Declaration**; and**

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

870\1411594.1                                   - 2 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-cv-03737 JCS

4.      Excerpts from the Petition to Institute Derivation Proceeding Pursuant to 35 U.S.C. § 135 filed by Counterclaimants before the United States Patent Trial and Appeal Board on or about April 24, 2015, Case DER2015-00009, a true and correct copy of which is attached as **Exhibit 4** to the Korrell Declaration.

WHEREFORE, Avago respectfully request that the Court take judicial notice of the forgoing documents and undisputed facts in consideration of its Reply in Support of Motion to Dismiss.

Date:   December 9, 2016                          HOPKINS & CARLEY
                                                 A Law Corporation

                                                 By: */s/ John V. Picone III*
                                                     John V. Picone III
                                                     Jeffrey M. Ratinoff
                                                     C. Gideon Korrell
                                                     Attorneys for Plaintiffs
                                                     AVAGO TECHNOLOGIES LIMITED,
                                                     USA, AVAGO TECHNOLOGIES U.S.
                                                     INC., AVAGO TECHNOLOGIES
                                                     GENERAL IP (SINGAPORE), PTE. LTD
                                                     and LAURENCE MCCOLLOCH

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

870\1411594.1                                    - 3 -
REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS
COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS; CASE NO. 3:16-cv-03737 JCS