John V. Picone III (State Bar No. 187226)
Jeffrey M. Ratinoff (State Bar No. 197241)
C. Gideon Korrell (State Bar No. 284890)
HOPKINS & CARLEY
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:    (408) 286-9800
Facsimile:    (408) 998-4790

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S. INC.,
AVAGO TECHNOLOGIES GENERAL IP
(SINGAPORE), PTE. LTD and LAURENCE
MCCOLLOCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC., a Delaware corporation; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD, a Singapore corporation,; LAURENCE R. MCCOLLOCH, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> NANOPRECISION PRODUCTS, INC.,  a Delaware corporation, <br><br> Defendants. | CASE NO. 3:16-cv-03737 JCS <br><br> **PROOF OF SERVICE** <br><br><br> Hearing Date:    February 3, 2017 <br> Time:              9:30 a.m. <br> Dept:              Courtroom G - 15th Floor <br> Judge:            Hon. Joseph C. Spero <br> Case Filed:       July 7, 2016 <br> Trial Date:       None |
| NANOPRECISION PRODUCTS, INC.; MICHAEL K. BARNOSKI; ROBERT R. VALLANCE; SHUHE LI; and KING-FU HII, <br><br> Counterclaimants, <br><br> v. <br><br> AVAGO TECHNOLOGIES LIMITED, USA; AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD.; and LAURENCE R. MCCOLLOCH, <br><br> Counterdefendants. | |

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ♦ PALO ALTO
BURBANK

870\1412563.1

PROOF OF SERVICE; CASE NO. 3:16-CV-03737 JCS

## PROOF OF SERVICE

I, the undersigned, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is The Letitia Building, 70 S First Street, San Jose, California 95113-2406.

On the dated indicated below, I electronically filed the attached document:

**1.   REPLY IN SUPPORT OF PLAINTIFFS' MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS;**

**2.   DECLARATION OF C. GIDEON KORRELL IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS;**

**3.   REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO DISMISS COUNTERCLAIMANTS' FIRST THROUGH SIXTH COUNTERCLAIMS.**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

Vincent Joseph Belusko
Gregory B. Koltun
MORRISON FOERSTER
707 Wilshire Blvd.
Los Angeles, CA 90017-3543
Tel: (213) 892-5551
Email: gkoltun@mofo.com
Email: vbelusko@mofo.com
Attorneys for Defendant NanoPrecision
Products, Inc.

And I hereby do certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

*None.*

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 9, 2016, at San Jose, California.

*/s/ Valynn R. Torres*
Valynn R. Torres

HOPKINS & CARLEY
ATTORNEYS AT LAW
SAN JOSE ◆ PALO ALTO
BURBANK

870\1412563.1                                        - 2 -

PROOF OF SERVICE; CASE NO. 3:16-CV-03737 JCS