VINCENT J. BELUSKO (Bar No. 100282)
VBelusko@mofo.com
GREGORY B. KOLTUN (Bar No. 130454)
GKoltun@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200

Attorneys for Defendant and Counterclaimant
NANOPRECISION PRODUCTS, INC. and
Counterclaimants MICHAEL K. BARNOSKI,
ROBERT R. VALLANCE,
SHUHE LI, and
KING-FU HII

John V. Picone III (State Bar No. 187226)
Jeffrey M. Ratinoff (State Bar No. 197241)
C. Gideon Korrell (State Bar No. 284890)
HOPKINS & CARLEY
A Law Corporation
The Letitia Building
70 S First Street
San Jose, CA  95113-2406

*mailing address:*
P.O. Box 1469
San Jose, CA 95109-1469
Telephone:     (408) 286-9800
Facsimile:     (408) 998-4790

Attorneys for Plaintiffs and Counter-
Defendants AVAGO TECHNOLOGIES U.S.
INC., AVAGO TECHNOLOGIES GENERAL
IP (SINGAPORE), PTE. LTD and
LAURENCE MCCOLLOCH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD, LAURENCE R. MCCOLLOCH,<br><br>Plaintiffs,<br><br>v.<br><br>NANOPRECISION PRODUCTS, INC.,<br><br>Defendant. | CASE NO. 3:16-cv-03737 JCS<br><br>**STIPULATION AND [PROPOSED] ORDER CONCERNING COUNTERCLAIMANTS' FIRST THROUGH FIFTH COUNTERCLAIMS** |
| NANOPRECISION PRODUCTS, INC.; MICHAEL K. BARNOSKI; ROBERT R. VALLANCE; SHUHE LI; and KING-FU HII,<br><br>Counterclaimants,<br><br>v.<br><br>AVAGO TECHNOLOGIES LIMITED, USA; AVAGO TECHNOLOGIES U.S., INC.; AVAGO TECHNOLOGIES GENERAL IP (SINGAPORE), PTE. LTD; and LAURENCE R. MCCOLLOCH,<br><br>Counterdefendants | |

Avago Technologies U.S., Inc.; Avago Technologies General IP (SINGAPORE), PTE. LTD; and Laurence R. McColloch (collectively, "Plaintiffs" or "Counterdefendants"), and nanoPrecision Products, Inc. ("nPP"); Michael K. Barnoski; Robert R. Vallance; Shuhe Li; and King-Fu Hii (collectively, "Counterclaimants") hereby stipulate to and state as follows:

1. On October 17, 2016, Counterclaimants filed their Answer and Counterclaim (Dkt. No. 23). The Answer and Counterclaim includes eight counterclaims: (1) breach of contract, (2) misappropriation of trade secrets under California Civil Code Section 3426 et seq., (3) conversion, (4) specific recovery of personal property, (5) declaratory relief, (6) trade secret misappropriation under the Defend Trade Secrets Act of 2016, (7) correction of named inventor on the '025 Patent, and (8) correction of named inventor on the '360 Patent.

2. On November 18, 2016, Plaintiffs filed their pending Motion to Dismiss Counterclaimants' First through Sixth Counterclaims (Dkt. No. 29). Part of the motion seeks the dismissal or stay of the First through Fifth Causes of Action asserted in the Counterclaim based on the doctrine of *Colorado River Water Conservation Dist. v. United States,* 424 U.S. 800 (1976) because they are the same as claims asserted by nPP and pending in the Superior Court of California in Santa Clara County (the "State Court Action").

3. For the purposes of this action only, the parties do not dispute that venue is proper in this judicial district and that this Court has personal jurisdiction over the parties.

4. Without waiving the parties' respective rights and defenses in relation to the First through Fifth Causes of Action asserted in the Counterclaim, the parties agree that the Court may exercise supplemental jurisdiction over these counterclaims pursuant to 28 U.S.C. § 1367. In order to conserve judicial and party resources, as well as to avoid a piecemeal determination of the parties' respective rights in relation to their dispute, the parties agree that the Court should so exercise supplemental jurisdiction.

5. If the Court agrees to exercise jurisdiction over the First through Fifth Causes of Action asserted in the Counterclaim then (i) nPP will move to stay the State Court Action within 30 days and (ii) Plaintiffs will withdraw the portion of their pending motion to dismiss based on the doctrine of *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976),

1  with a reservation of rights to re-raise the issue should the court in the State Court Action decline
2  to issue a stay.

3      6.    Accordingly, the parties request that the Court order that:

4      (a)    The Court exercises supplemental jurisdiction over Counterclaimants' First
5  through Fifth Causes of Action asserted in their Counterclaim;

6      (b)    The portion of Plaintiffs' Motion to Dismiss (Dkt. No. 29) requesting dismissal or
7  stay of the First through Fifth Causes of Action asserted in the Counterclaim based on the
8  doctrine of *Colorado River Water Conservation Dist. v. United States*, 424 U.S. 800 (1976) shall
9  hereby be withdrawn without prejudice pending the court in the State Court Action issuing a stay;
10 and

11      (c)    nPP shall file a motion to stay the State Court Action within 30 days of the Court
12 granting this Stipulation.

14 **IT IS SO STIPULATED.**

16 Dated: December 13, 2016            MORRISON & FOERSTER LLP

By: */s/ Vincent J. Belusko*
    Vincent J. Belusko

Attorneys for Defendant
NANOPRECISION PRODUCTS, INC.

HOPKINS & CARLEY

By: */s/ Jeffrey M. Ratinoff*
    Jeffrey M. Ratinoff

Attorneys for Plaintiffs
AVAGO TECHNOLOGIES U.S., INC.
AVAGO TECHNOLOGIES GENERAL IP
(SINGAPORE), PTE. LTD
LAURENCE R. MCCOLLOCH

Pursuant to stipulation,

**IT IS SO ORDERED.**

Dated: 12/14/16

_____
Honorable Joseph C. Spero
Chief Magistrate Judge

1

**ATTESTATION OF E-FILED SIGNATURE**

2

I, Vincent J. Belusko, am the ECF User whose ID and password are being used to file this

3

STIPULATION AND [PROPOSED] ORDER CONCERNING COUNTERCLAIMANTS'

4

FIRST THROUGH FIFTH COUNTERCLAIMS.  In compliance with Local Rule 5-1(i)(3), I

5

hereby attest that Jeffrey M. Ratinoff has concurred in this filing.

6

Dated:  December 13, 2016                          */s/ Vincent J. Belusko*
                                                                       Vincent J. Belusko

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28