1 | VINCENT J. BELUSKO (Bar No. 100282) | John V. Picone III (State Bar No. 187226)
VBelusko@mofo.com | Jeffrey M. Ratinoff (State Bar No. 197241)
2 | GREGORY B. KOLTUN (Bar No. 130454) | C. Gideon Korrell (State Bar No. 284890)
GKoltun@mofo.com | HOPKINS & CARLEY
3 | MORRISON & FOERSTER LLP | A Law Corporation
707 Wilshire Boulevard | The Letitia Building
4 | Los Angeles, California 90017-3543 | 70 S First Street
Telephone: 213.892.5200 | San Jose, CA 95113-2406
5 |
6 | Attorneys for Defendant | Attorneys for Plaintiffs and Counter-
NANOPRECISION PRODUCTS, INC. | defendants
and Defendant and Counterclaimants | AVAGO TECHNOLOGIES U.S. INC.,
7 | MICHAEL K. BARNOSKI; ROBERT R. | AVAGO TECHNOLOGIES GENERAL IP
VALLANCE; SHUHE LI; and KING-FU | (SINGAPORE), PTE. LTD and
8 | HII | LAURENCE MCCOLLOCH

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12 | AVAGO TECHNOLOGIES U.S., INC.; | CASE NO.  3:16-cv-03737 JCS
AVAGO TECHNOLOGIES GENERAL IP |
13 | (SINGAPORE), PTE. LTD, LAURENCE | **NOTICE OF SETTLEMENT**
R. MCCOLLOCH, |
14 | | **Hon. Joseph C. Spero**
15 |                Plaintiffs, |
16 | v. |
17 | NANOPRECISION PRODUCTS, INC., |
18 |                Defendant. |
19 | NANOPRECISION PRODUCTS, INC.; |
MICHAEL K. BARNOSKI; ROBERT R. |
20 | VALLANCE; SHUHE LI; and KING-FU |
HII, |
21 |                Counterclaimants, |
22 | v. |
23 | AVAGO TECHNOLOGIES LIMITED, |
USA; AVAGO TECHNOLOGIES U.S., |
24 | INC.; AVAGO TECHNOLOGIES |
GENERAL IP (SINGAPORE), PTE. LTD; |
25 | and LAURENCE R. MCCOLLOCH, |
26 |                Counter-Defendants. |
27 |
28 |

1    PLEASE TAKE NOTICE that Plaintiffs Avago Technologies U.S.., Inc., Avago

2  Technologies General IP (Singapore), PTE. Ltd., and Laurence R. McColloch, and

3  Counterdefendants Avago Technologies Limited, USA; Avago technologies U.S., Inc., Avago

4  Technologies General IP (Singapore), PTE. Ltd., and Laurence R. McColloch ("Plaintiffs") and

5  Defendant and Counterclaimant nanoPrecision Products, Inc. Counterclaimants Michael K.

6  Barnowski, Robert R. Vallance, Shue Li and King-Fu Hii ("Defendants") wish to advise this

7  Court that they have executed a Settlement Agreement and Related documents in the above-

8  captioned matter.  A Stipulated Dismissal will be filed after payment is made pursuant to the

9  Settlement Agreement.

10

11  Dated:  October 2, 2017                          MORRISON & FOERSTER LLP

12

13                                                  By:_____/s/ Vincent J. Belusko_____

14                                                  Vincent J. Belusko (Bar No. 100282)
                                                    VBelusko@mofo.com
15                                                  Gregory B. Koltun (Bar No. 130454)
                                                    GKoltun@mofo.com
16                                                  MORRISON & FOERSTER LLP
                                                    707 Wilshire Boulevard
17                                                  Los Angeles, California 90017-3543
                                                    Telephone: 213.892.5200

18                                                  Attorneys for Defendant and Counterclaimant
                                                    NANOPRECISION PRODUCTS, INC. and
19                                                  Counterclaimants MICHAEL K. BARNOSKI,
                                                    ROBERT R. VALLANCE,
20                                                  SHUHE LI, and
                                                    KING-FU HII
21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated:  October 2, 2017                    HOPKINS & CARLEY
                                           A Law Corporation


                                           By: */s/ John V. Picone III*
                                           _____

                                           John V. Picone III (State Bar No. 187226)
                                           jpicone@hopkinscarley.com
                                           Jeffrey M. Ratinoff (State Bar No. 197241)
                                           jratinoff@hopkinscarley.com
                                           C. Gideon Korrell (State Bar No. 284890)
                                           gkorrell@hopkinscarley.com
                                           HOPKINS & CARLEY
                                           70 S First Street
                                           San Jose, CA  95113-2406

                                           Attorneys for Plaintiffs and Counter-
                                           Defendants
                                           AVAGO TECHNOLOGIES U.S. INC.,
                                           AVAGO TECHNOLOGIES GENERAL IP
                                           (SINGAPORE), PTE. LTD and LAURENCE
                                           MCCOLLOCH

- 2 -

1

**ATTESTATION OF E-FILED SIGNATURE**

2

3      I, Vincent J. Belusko, am the ECF User whose ID and password are being used to file this

4  NOTICE OF SETTLEMENT in compliance with Local Rule 5-1(i)(3), hereby attest that John V.

5  Picone III has concurred in this filing.

6

7  Dated:  October 2, 2017

8                                                            */s/Vincent J. Belusko*_____
                                                            Vincent J. Belusko

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -